**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| JEREMY NANCE, TAMBRA NANCE,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:17-CV-00538-JRG |

**FINAL JUDGMENT**

This Final Judgment is entered pursuant to Fed. R. Civ. P. 58 and the Court's Order granting the Motion for Summary Judgment (Dkt. No. 10) filed by Defendant, entered contemporaneously with this Order.

It is **ORDERED** and **ADJUDGED** as follows:

(1) Plaintiff's causes of action against Defendant are time-barred by the contract's limitations clause and the applicable statutes of limitation.

(2) Plaintiffs Jeremy Nance and Tambra Nance shall **TAKE NOTHING** by and through their claims against Defendant.

(3) Defendant is the prevailing party and shall recover their costs from Plaintiffs

(4) All relief not specifically granted herein is **DENIED**. The Clerk is directed to close the above-captioned cases.

(5) This Order is **FINAL** and **APPEALABLE**.

**So ORDERED and SIGNED this 21st day of November, 2017.**

____________________________________
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE